# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2015

149415 & (57)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

KEVIN JUNE MCCONER,
　　　　Defendant-Appellant.

SC: 149415
COA: 309421
Wayne CC: 11-009624-FC

_____/

　　　　On order of the Court, the motion to file a supplement application is GRANTED. The application for leave to appeal the April 15, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015

a0624

　　　　　　　　　　　　　　　　　　　Clerk